UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| MICHAEL CAMPBELL ) | |
| ) | |
| v. ) | NO. 2:06-CV-167 |
| ) | |
| MICHAEL ASTRUE ) | |
| Commissioner of Social Security ) | |

**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. Neither the plaintiff nor the government has filed objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 15], it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the plaintiff's motion for judgment on the pleadings is **GRANTED.** [Doc. 11]. It is further **ORDERED** that this case be **REMANDED** to the Commissioner of Social Security for further consideration consistent with the Report and Recommendation.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE