UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| MICHAEL R. CAMPBELL | ) | |
| | ) | |
| V. | ) | NO. 2:06-CV-167 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |

## REPORT AND RECOMMENDATION

The plaintiff has filed a motion for an award of attorney's fees and costs pursuant to 28 U.S.C. § 2412(d)(1)(A). (Doc. 18). Plaintiff's attorney seeks a fee of $2,025.00 and reimbursement of advanced costs in the amount of $14.64.

The defendant has filed a response (Doc. 20), in which he recites that he does not oppose the motion.

Accordingly, it is respectfully recommended that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), that the plaintiff be awarded an attorney's fee of $2,025.00, plus reimbursement of costs in the amount of $14.64.[1]

Respectfully submitted,

s/ Dennis H. Inman
United States Magistrate Judge

---

[1] Any objections to this report and recommendation must be filed within ten (l0) days of its service or further appeal will be waived. 28 U.S.C. § 636(b)(1)(B) and (C). *United States v. Walters*, 638 F.2d 947-950 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985).