UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| MICHAEL R. CAMPBELL | ) | |
| | ) | |
| v. | ) | NO. 2:06-CV-167 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |

## **O R D E R**

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge, [Doc. 21]. The Defendant has filed no objections to this report; moreover, in the Defendant's response to Plaintiff's motion, [Doc. 20], the Defendant did not oppose the award of attorney's fees and costs.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 21], it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the Plaintiff's motion for the award of attorney's fees and costs, [Doc. 18], is **GRANTED**.

ENTER:

> s/J. RONNIE GREER
> UNITED STATES DISTRICT JUDGE